UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SANDY ESTRELA NEVES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BENCHMARK RECOVERY, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-CV-01759-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

　　　　The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for September 9, 2015 at 2 p.m. *See* Civ. L.R. 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Friday, September 4, 2015.

**IT IS SO ORDERED**.

Dated: September 3, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No.: 15-CV-01759-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT