UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDY ESTRELA NEVES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BENCHMARK RECOVERY, INC., et al.,<br><br>　　　　Defendants. | Case No.: 15-CV-01759-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference, currently scheduled for September 9, 2015, at 2 p.m., is hereby CONTINUED to November 12, 2015, at 1:30 p.m.  Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by November 5, 2015.

**IT IS SO ORDERED.**

Dated: September 8, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge